## Commonwealth *v.* Mosley, Appellant.

Submitted April 18, 1975. *Lester G. Nauhaus,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Charles W. Johns* and *Robert L. Eberhardt,*

Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.